IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00868-WJM-MJW

SAFEHOUSE PROGRESSIVE ALLIANCE FOR NONVIOLENCE, INC., a Colorado nonprofit corporation, and ANNE TAPP,

    Plaintiffs

v.

ALLIANCE OF NONPROFITS FOR INSURANCE, RISK RETENTION GROUP, INC., a Vermont corporation,

    Defendant

---

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**
( Docket No 23 )

---

THE COURT, having reviewed the Joint Motion to Amend Scheduling Order and being sufficiently advised in the premises, hereby ORDERS said Motion is GRANTED. The August 12, 2013 Scheduling Order (Doc. 12) is amended as follows:

- Fact discovery cut-off: April 15, 2014 (an additional 60 days);
- Expert witness disclosures: May 13, 2014;
- Rebuttal expert disclosures: June 12, 2014;
- Expert discovery cut-off: July 14, 2014;
- Dispositive motions deadline: August 13, 2014;
- Final pretrial conference: October 1, 2014 at 9:30 Am
- Four-day trial to a jury. — To be set by Judge Martinez After The Final Pretrial Order is entered.

SO ORDERED this 3rd day of February, 2014.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

Further Ordered That The Pretrial Conference set on May 21, 2014 at 9:00 Am is VACATED.