IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00868-WJM-MJW

SAFEHOUSE PROGRESSIVE ALLIANCE FOR NONVIOLENCE, INC., a Colorado nonprofit corporation, and
ANNE TAPP,

Plaintiff(s),

v.

ALLIANCE OF NONPROFITS FOR INSURANCE, RISK RETENTION GROUP, INC., a Vermont corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Amend Scheduling Order for Extension of Deadlines (Docket No. 27) is granted.  Accordingly, the Scheduling Order (Docket No. 12) is amended as follows.  The discovery deadline is extended up to and including May 30, 2014.  The expert disclosure deadline is extended up to and including June 27, 2014.  The rebuttal expert deadline is extended up to and including July 28, 2014.  The expert discovery deadline is extended up to and including August 29, 2014.  the dispositive motion deadline is extended up to and including September 19, 2014.

Date: April 29, 2014