IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00868-WJM-MJW

SAFEHOUSE PROGRESSIVE ALLIANCE FOR NONVIOLENCE, INC., a Colorado nonprofit corporation, and
ANNE TAPP,

Plaintiff(s),

v.

ALLIANCE OF NONPROFITS FOR INSURANCE, RISK RETENTION GROUP, INC., a Vermont corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Unopposed Motion for Entry of Stipulation and Protective Order (docket no. 30) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 30-1) is APPROVED as amended in paragraph 15 and made an Order of Court.

Date: May 21, 2014